E-FILED
Thursday, 12 December, 2019  04:51:30 PM
Clerk, U.S. District Court, ILCD

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 19-MJ-7 244
information associated with Spotafriend user )
accounts "drako9288" and "idrfk" further )
further described Attachment A )

FILED
DEC 1 2 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

information associated with Spotafriend user accounts "drako9288" and "idrfk" further described in Attachment A

located in the        Central        District of        Illinois        , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2251(a) and (e) | Sexual Exploitation of a Minor |
| 18 U.S.C. §2252 and 2252A | Trafficking Child Pornography |
| 18 U.S.C. §2422(b) | Enticement of a Minor |

The application is based on these facts:
See attached affidavit of Detective Kaitlin Fisher, Champaign Police Department.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Elly Peirson
*Applicant's signature*

Elly M. Peirson, Assistant United States Attorney
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I Long

Date:    12/12/2019

*Judge's signature*

City and state:   Urbana, Illinois         ERIC I. LONG, Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Kaitlin Fisher, Detective with the Champaign Police Department, being duly sworn on oath states as follows:

1. I am a detective with the Champaign Police Department, located in Champaign, Illinois, and have been employed there from September, 2013 to present. I have over six years in law enforcement with the Champaign Police Department and am currently assigned to the investigations unit. I have conducted investigations, state and federal, involving computer crimes, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

2. This affidavit is made in support of an application for a search warrant for content and records associated with the Spotafriend user accounts **drako9288** and **idrfk,** further described in Attachment A. The information and account data has been provided to law enforcement and is currently stored on a digital media disk in the custody of the Champaign Police Department, Investigations Unit, located at 82 E. University Avenue, Champaign, IL. The information and account data for the Spotafriend user accounts **drako9288** and **idrfk** (hereinafter the "TARGET ACCOUNTS") to be searched is described in the following paragraphs and in Attachments A and B. Based on the information set forth in this affidavit, there is probable cause to believe that within the TARGET ACCOUNTS there exits fruits, instrumentalities, and evidence of violations of the following federal statutes: Title 18 United States Code, Sections 2251(a) and (e) (Sexual Exploitation of a Minor), Title 18 United States Code, Section 2252 (Trafficking Child Pornography), Title 18 United States Code, Section 2252A (Trafficking Child

1

Pornography), and Title 18 United States Code, Section 2422(b) (Enticement of a Minor), as described in Attachment B.

3. I also have reason to believe that the TARGET ACCOUNTS that are the subject of the instant warrant will have stored information and communications that are relevant to this investigation, to include evidence of the identity of the person maintaining the Spotafriend account **drako9288**.

4. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18 United States Code, Sections 2251(a), 2252, 2252A, and 2422(b) are located in the target accounts.

## Statutory Authority

5. This investigation concerns alleged violations of 18 U.S.C. § 2251(a), 2252, 2252A, 2422(b), relating to material involving the sexual exploitation of minors and enticement of minors to engage in criminal sexual conduct.

   a. **Sexual Exploitation of a Minor (18 U.S.C. § 2251(a))** prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct if such person intends the visual depiction to be transported to the United States, its territories or possessions, by any means, including by

2

using any means or facility of interstate or foreign commerce or mail, or the person transports such visual depiction to the United States its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail.

b. **Child Pornography Trafficking (18 U.S.C. § 2252):** prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

c. **Child Pornography Trafficking (18 U.S.C. § 2252A):** prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

d. **Enticement of a Minor (18 U.S.C. § 2422(b)):** prohibits a person from using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

### Investigation

6. On Thursday, October 10, 2019, at approximately 2:51 pm, Officer Antwan Funches took a report of a sexual assault from an adult female, R.B.[1], who advised her

---

[1] The identity of this adult female is known to law enforcement, but is being withheld from this document to protect the privacy of the minor victim. 18 U.S.C. §3509(d).

3

fourteen-year-old child, Minor Victim 1, had engaged in sexual relations with a male she believed to be nineteen years of age.

7. According to the report, Minor Victim 1, used a dating application, "Spotafriend," to meet a male known as "Daniel." Daniel initially portrayed himself as a seventeen year-old male on the application.

### Child Forensic Interview with Minor Victim 1

8. On Tuesday, October 29, 2019, at 10:00 am, Minor Victim 1 was interviewed at the Champaign Child Advocacy Center. During the interview, Minor Victim 1 disclosed she was grounded from her phone because her mother found out that she "hooked up" with a guy. Minor Victim 1 disclosed that she met the male, who identified himself as "Daniel" through "Spotafriend," which she described as a phone application designed to help teenagers meet other teenagers for the purpose of having sex. Minor Victim 1 advised Spotafriend is designed for thirteen-year-old teenagers to nineteen-year-old teenagers. Minor Victim 1 advised Daniel's username was "drake" with numbers after the name, but could not remember the numbers for the username.

9. She said Daniel's profile portrayed him to be a seventeen-year-old male from Decatur, IL. She described him as approximately six feet tall with brown curly hair but stated he recently cut his hair shorter. Minor Victim 1 said that Daniel sometimes wears eye glasses.

10. Minor Victim 1 said she chose to talk to Daniel because Daniel lived closer than any other males. She advised she and Daniel spoke for a couple of weeks prior

4

to meeting. Minor Victim 1 learned that Daniel works full time at a factory. Daniel told her where he worked but it was an abbreviation with letters, but she could not remember the abbreviation. Eventually the two agreed to meet and engage in sexual intercourse.

11. Minor Victim 1 said Daniel drove a red Camaro and picked her up from West Side Park on October 6, 2019. Minor Victim 1 advised when Daniel was on his way to Champaign, he admitted that he was not seventeen but stated he was nineteen. Minor Victim 1 advised she still agreed to meet with Daniel to have sex. Minor Victim 1 said she and Daniel engaged in vaginal sexual intercourse in the backseat of Daniel's car. She advised Daniel's penis went inside her vagina.

12. Minor Victim 1 also stated she sent nude photographs of herself to Daniel and Daniel also sent photographs of his penis to Minor Victim 1.

### Identification of Daniel Aaron Betty

13. After the CAC interview concluded, R.B. signed a consent to search form for Minor Victim 1's cellular phone. R.B. also provided Minor Victim 1's Spotafriend account user name and password for the account, **"idrfk,"** and consented to law enforcement's search of this account. Detective Fisher could not access Minor Victim 1's account through the Spotafriend application because the account was no longer valid.

14. The cellular phone was forensically examined by Champaign Police Department's High Tech Crimes Unit forensic examiner, David Monahan. A photograph was recovered from Minor Victim 1's phone that was sent from Minor

5

Victim 1 to R.B. The photograph was of a white male with longer, curly brown hair and short facial hair. R.B. advised this was a picture of Daniel.

15. Detective Fisher conducted an open search on "Spotafriend" and located a photograph matching the photograph identified as Daniel. She observed the photograph was linked to a user profile with the username "**drako9288**." This profile portrayed the user as a seventeen year old from Decatur, IL.

16. On November 5, 2019, the Champaign County State's Attorney issued two *subpoena duces tecum* to the company that manages the Spotafriend[2] application, MyLOL.net, in Ville de Quebec, QC, Canada. The subpoenas requested basic subscriber information including the users' phone number, email address, connection IP login history, and conversation history for each of the TARGET ACCOUNTS.

17. On November 7, 2019, Detective Fisher received a response from MyLOL.net for each of the TARGET ACCOUNTS that included two spreadsheets, one labeled "IP_history_[target account name]" and the other called "Conversation_[Target Account name]. Detective Fisher reviewed the information provided for the user profile drako9288 and observed the user profile was created list a date of birth in March of 2002 and an associated email address of dabetty92@icloud.com. Detective searched public

---

[2] Spotafriend advertises that it is a "swiping app for teens ages 13-19." The application uses the internet and cellular data to connect individuals using the application. According the application description, an individual using the application can "[s]wipe pictures of other teenagers … and swipe right to become friends. If [they] both accept, [they] get a match and can start chatting privately." While the application encourages individuals to "meet in the real world and hookup to live the best life experiences!" The application claims that it "this app is not a teen dating app." https://apps.apple.com/us/app/Spotafriend-meet-teens-app/id962892510 (last visited December 6, 2019).

records for Daniel Betty, born in 1992, living in Illinois and learned that there was a Daniel Aaron Betty, born in March of 1992, living in Decatur, Illinois.

18. On Friday, November 8, 2019, Detectives Fisher and Jody Cherry traveled to Minor Victim 1's residence and administered a photo line-up with Minor Victim 1. The photo lineup was compiled of six male subjects, all white with similar features, using photographs from the Florida Department of Corrections website. Minor Victim 1 identified photograph #3 as the individual she met on October 6, 2019. Photograph #3 was Daniel Aaron Betty.

19. Detective Fisher reviewed the subpoena response for user profile **drako9288** and saw an IP address of 162.237.218.142, which she learned, using publically available databases, geolocated to Decatur, IL and was registered to AT&T U-verse.

20. On November 13, 2019, the Champaign County State's Attorney issued a *subpoena duces tecum* to AT&T to determine the subscriber for the IP address 162.237.218.142.

21. On Monday, November 18, 2019, Detective Fisher received a response from AT&T and learned that Daniel Betty residing at the 100 block of South 29th Street in Decatur, IL was the listed subscriber for IP address 162.237.218.142, and the account was still active.

22. Detective Fisher also learned the Illinois Secretary of State database that Betty is the registered owner of a 2014 red Chevrolet Camaro bearing an Illinois registration of BR15808.

23. Detective Fisher also reviewed the files labeled "conversation_[target account name]" and noted that this file included the content of the conversations between users

7

but did not appear to include any images transmitted. Based on a review of these files, it appears that MyLOL.net interpreted "conversation history" to include the content of the conversations transmitted through their servers.

24. Because MyLOL.net, a private company operating in a foreign country, voluntarily searched the content of their servers and produced records for the TARGET ACCOUNTS to United States law enforcement, the government does not believe that a warrant authorizing the seizure and search of the content disclosed is necessary. Nevertheless, in an abundance of caution, and because the content of the communications and other data for the account has been downloaded and stored at the Champaign Police Department, within the Central District of Illinois, this application seeks this Court's authority to issue a warrant authorizing the seizure and search of the Spotafriend TARGET ACCOUNTS.

25. Based on the foregoing, I request that the Court issue the proposed search warrant. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that in the records voluntarily searched for and produced by MyLOL.net, a website registered and maintained by individuals believed to be residing in Canada, and who maintain the application Spotafriend, there exists evidence of a crime, contraband and/or fruits of a crime. Based in the aforementioned factual information, I respectfully submit that there is probable cause to believe that the Spotafriend account **drako9288** was used to communicate with Minor Victim 1, using her account **idrfk**, the TARGET ACCOUNTS. Further, I submit that the content of these

accounts may contain private messages, sent and received, which contain evidence of violations of Title 18 United States Code, Sections 2251(a), 2252, 2252A, and 2422(b).

FURTHER AFFIANT SAYETH NAUGHT.

s/Kaitlin Fisher

_____
Kaitlin Fisher
Detective, Champaign Police Department

Sworn and subscribed to before me this 12th day of December, 2019.

s/Eric I Long

_____
ERIC I. LONG, Magistrate Judge
United States District Court

## ATTACHMENT A
*Property to Be Searched*

This warrant applies to information associated with the Spotafriend user accounts **drako9288** and **idrfk,** which was provided to law enforcement and currently stored on stored on a digital media disk, in the custody of and maintained by the Champaign Police Department, Investigations Unit, 82 E. University Avenue, Champaign, IL.

## ATTACHMENT B
*Particular Things to be Seized*

1. All contact and personal identifying information, including for user IDs specified in Attachment A: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

2. All activity logs for the account and all other documents showing the user's posts, private messages, text messages, and other activities;

3. Any and all images, videos, texts and/or sound files which are related to the use of the TARGET ACCOUNTS, including any used as profile pictures; posted pictures; images, videos, texts and/or sound files either sent by or received by the TARGET ACCOUNTS.

4. Any and all notes, documents, records, or correspondence, in any format and medium (including, letters, papers, e-mail messages, private messages, chats, instant messages or any other type of electronic messages) sent between the TARGET ACCOUNTS and any other Spotafriend users.

5. Any and all images, videos and/or sound files sent and received by the TARGET ACCOUNTS which pertain to, and/or which violate the United State Criminal Code statutes prohibiting the production, possession, receipt, or distribution of child pornography as defined in 18 U.S.C. § 2256(8) or to the possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2) and/or the online coercion and enticement of minors as defined by 18 U.S.C. §2422(b).

6. In any format, all images and videos of child pornography as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), and child erotica.

7. Any contact list; friends lists; profile data; profile pictures (whether deleted by the user of not); comments on pictures, etc. associated with the TARGET ACCOUNTS.

8. Any and all visual depictions of minors found within the TARGET ACCOUNTS.

9. Any and all documents and/or text files which contain information related to the password associated with the TARGET ACCOUNTS.

10. Evidence indicating how and when the TARGET ACCOUNTS were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation;

11. Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

12. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

13. Evidence of sexual interest in minors and of solicitation of minors for sexually explicit conduct.